# Brayton❖Purcell LLP

## TRIAL LAWYERS

ALAN R. BRAYTON
GILBERT L. PURCELL

DAVID R. DONADIO
LLOYD F. LEROY

OF COUNSEL
JEFFREY D. EISENBERG*
STEPHEN J. HEALY
RICHARD R. KUHN
WILLIAM G. MCDEVITT
ROBERT M. LEVY

* ADMITTED ONLY IN STATES
OTHER THAN CALIFORNIA

222 Rush Landing Road
P O Box 6169
Novato, California 94948-6169
Telephone: (415) 898-1555
Facsimile: (415) 898-1247

Portland: (503) 295-4931
Los Angeles: (415) 898-1555
Salt Lake City: (801) 366-9100

Email: mail@braytonlaw.com
www.braytonlaw.com

ANNE T. ACUÑA
JENNIFER L. ALESIO
KATHERINE E. ALLEN
FRANK J. ANDERS
PATRICK D. ANGEL*
RON G. ARCHER
DAVID H. BACKENSTOE
ROKSANA S. BIDGOLI
BRONSON D. BILLS*
GARY L. BRAYTON
CAMERON O. CARTER*
ANDREW CHEW
KIMBERLY J. CHU
HUGH C. COOK
MATTHEW DA VEGA
JUSTIN F. FISH
JANETTE H. GLASER
JOHN B. GOLDSTEIN
RICHARD M. GRANT
LAUREL HALBANY
CHRIS E. HERSOM

EFFAT R. HUSSAIN
SIDDHARTH JHANS
GARY V. JUDD
CLAYTON W. KENT
JESSICA S. KIM
MATTHEW B. LEE
LINDSEY E. MANROEL
MAUREEN C. MCGOWAN
JULIET K. MUSHET
JAMES P. NEVIN
OREN P. NOAH
PAULA A. RASMUSSEN
AMIR S. SARRESHTEHDARY
CHRISTINA C. SKUBIC
ERIC C. SOLOMON
LANCE R. STEWART
JANE E. VETTO*
NANCY L. WILLIAMS
ZOYA Y. YARNYKH
MATTHEW L. ZELASKO-BARRETT

July 23, 2009

Chambers of Honorable Susan Illston
United States District Court
Northern District of California
450 Golden Gate Ave.
San Francisco, CA 94102

Plaintiff: McCollister, John
Transferee Court: U.S.D.C., Eastern Dist. of Pennsylvania, Case No. C09-74743-ER
Originating Court: U.S.D.C., Northern Dist. of California, Case No. C09-02282-SI

*IT IS SO ORDERED*
*Judge Susan Illston*

Dear Court Administrator:

This matter has been successfully transferred to the Asbestos Multidistrict Litigation (MDL #875) pending in the Eastern District of Pennsylvania, as evidenced by the Transfer Order filed with that Court on July 6, 2009. A new case number have been opened and the Clerk of the Eastern District of Pennsylvania has since issued a transfer order moving the docket to that Court. By operation of the enclosed Conditional Transfer Order of the Judicial Panel on Multidistrict Litigation, the condition having been lifted, transfer occurs when the Clerk of the Eastern District of Pennsylvania files the order (not when it is received by the Northern District of California).

This action is being assigned to MDL #875 for consolidated and coordinated pre-trial matters. Upon completion of the pre-trial matters, the case will return to the Northern District of California for trial. Plaintiff respectfully requests that all pending Case Management deadlines be vacated and this matter be administratively closed until such time as the case is returned to the Northern District of California for trial.

Very truly yours,

David R. Donadio

DRD:jmd
enclosure: Copy of Conditional Transfer Order
cc: All Appearing Counsel via CM/ECF of
Northern District of California

A CERTIFIED TRUE COPY
ATTEST

By Jakeia Mells on Jul 02, 2009

UNITED STATES JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

UNITED STATES JUDICIAL PANEL
on
MULTIDISTRICT LITIGATION

Jun 16, 2009

FILED
CLERK'S OFFICE

IN RE: ASBESTOS PRODUCTS LIABILITY
LITIGATION (NO. VI)

MDL No. 875

(SEE ATTACHED SCHEDULE)

## CONDITIONAL TRANSFER ORDER (CTO-323)

On July 29, 1991, the Panel transferred 21,937 civil actions to the United States District Court for the Eastern District of Pennsylvania for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. *See* 771 F.Supp. 415 (J.P.M.L. 1991). Since that time, 84,648 additional actions have been transferred to the Eastern District of Pennsylvania. With the consent of that court, all such actions have been assigned to the Honorable Eduardo C. Robreno.

It appears that the actions on this conditional transfer order involve questions of fact that are common to the actions previously transferred to the Eastern District of Pennsylvania and assigned to Judge Robreno.

Pursuant to Rule 7.4 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F.R.D. 425, 435-36 (2001), these actions are transferred under 28 U.S.C. § 1407 to the Eastern District of Pennsylvania for the reasons stated in the order of July 29, 1991, and, with the consent of that court, assigned to the Honorable Eduardo C. Robreno.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the Eastern District of Pennsylvania. The transmittal of this order to said Clerk shall be stayed 15 days from the entry thereof. If any party files a notice of opposition with the Clerk of the Panel within this 15-day period, the stay will be continued until further order of the Panel.

Inasmuch as no objection is pending at this time, the stay is lifted

Jul 02, 2009

CLERK'S OFFICE
UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel

Case 2:09-cv-02282-CRB Document 7 Filed 07/27/09 Page 3 of 4
Case 3:09-cv-02282-CRB Document 27 Filed 07/27/09 Page 2 of 3

Page 1 of 2

IN RE: ASBESTOS PRODUCTS LIABILITY
LITIGATION (NO. VI)  MDL No. 875

### SCHEDULE CTO-323 - TAG-ALONG ACTIONS

| DIST. | DIV. | C.A. # | CASE CAPTION |
|---|---|---|---|
| **CALIFORNIA NORTHERN** | | | |
| ~~CAN~~ | ~~3~~ | ~~09-2187~~ | ~~Thomas Hixson v. Allis-Chalmers Corp. Product Liability Trust, et al.~~ **Opposed 6/30/09** |
| ~~CAN~~ | ~~3~~ | ~~09-2189~~ | ~~Patrick Farley v. Associated Insulation of California, et al.~~ **Opposed 6/30/09** |
| CAN | 3 | 09-2244 | Henry Salm v. Foster Wheeler, LLC |
| CAN | 3 | 09-2245 | Ruben Valdez v. General Electric Co. |
| CAN | 3 | 09-2246 | William Cooper v. General Electric Co., et al. |
| CAN | 3 | 09-2248 | Miramon Anaya v. General Electric Co., et al. |
| CAN | 3 | 09-2282 | John McCollister v. General Electric Co., et al. |
| CAN | 3 | 09-2285 | Eldon Marlow v. Northrop Grumman Corp., et al. |
| CAN | 3 | 09-2336 | Kenneth W. Johnson v. Foster Wheeler, LLC |
| ~~CAN~~ | ~~3~~ | ~~09-2363~~ | ~~William Dennis, et al. v. Allis-Chalmers Corp. Product Liability Trust, et al.~~ **Vacated 7/1/09** |
| CAN | 3 | 09-2424 | Patricia Pistilli, et al. v. McDonnell Douglas Corp., et al. |
| CAN | 3 | 09-2433 | Vernice Bryant, et al. v. General Electric Co., et al. |
| CAN | 4 | 09-2335 | James Connolly v. General Electric Co., et al. |
| **CONNECTICUT** | | | |
| CT | 3 | 09-373 | Jayne DeMarco, et al. v. Buffalo Pumps, Inc., et al. |
| **MICHIGAN EASTERN** | | | |
| MIE | 2 | 09-12293 | Larry E. Miller, et al. v. Ford Motor Co. |
| **NORTH CAROLINA MIDDLE** | | | |
| NCM | 1 | 08-735 | Bryan D. Pritchard, et al. v. Aqua-Chem, Inc., et al. |
| **NORTH CAROLINA WESTERN** | | | |
| NCW | 1 | 09-185 | Tommy Junior Spearman, et al. v. Aqua-Chem, Inc., et al. |
| NCW | 1 | 09-186 | Johnny Bryant Ferrell, Sr., et al. v. Aqua-Chem, Inc., et al. |
| NCW | 1 | 09-191 | Harold Dan Honeycutt, et al. v. Aqua-Chem, Inc., et al. |
| NCW | 1 | 09-192 | David Hargett, et al. v. Aqua-Chem, Inc., et al. |
| NCW | 1 | 09-195 | Marvin Eugene Griffin, Sr., et al. v. Alfa Laval, Inc., et al. |
| NCW | 1 | 09-204 | Reza Djali, et al. v. Aqua-Chem, Inc., et al. |
| NCW | 1 | 09-207 | Michael Wayne Wilson, et al. v. Aqua-Chem, Inc., et al. |
| NCW | 1 | 09-208 | Marion Wayne Sexton v. Aqua-Chem, Inc., et al. |

## MDL No. 875 - Schedule CTO-323 Tag-Along Actions (Continued)

**NEW HAMPSHIRE**
NH 1 09-194    Kenneth Wentworth, et al. v. A.W. Chesterton Co., et al.
NH 1 09-202    Ann M. Chiampa v. Trane U.S., Inc., et al.

**OHIO NORTHERN**
OHN 1 09-10012    Willard E. Bartel, et al. v. A-C Product Liability Trust, et al.
OHN 1 09-10013    Willard E. Bartel, et al. v. A-C Product Liability Trust, et al.
OHN 1 09-10014    Willard E. Bartel, et al. v. A-C Product Liability Trust, et al.
~~OHN 1 09-10016~~    ~~Robert Shepherd, et al. v. Allied Signal, Inc., et al.~~ **Opposed 7/1/09**

**SOUTH CAROLINA**
SC 0 09-1371    Martin Leslie Smith, Jr. et al. v. Aqua-Chem, Inc., et al.
SC 0 09-1512    Howard Durant Rhyne, et al. v. Aqua-Chem, Inc., et al.
SC 7 09-1451    Melvin Haroldean Mullinax, et al. v. Aqua-Chem, Inc., et al.
SC 8 09-1262    Fredrick Eckel Gregg v. Aqua-Chem, Inc., et al.
SC 8 09-1265    David Brian Adams v. Aqua-Chem, Inc., et al.
SC 8 09-1389    Timothy Waynel LeCroy, et al. v. Aqua-Chem, Inc., et al.
SC 8 09-1450    John Stephen Williams v. Aqua-Chem, Inc., et al.

**VIRGINIA EASTERN**
VAE 2 09-9535    George W. Mcmullen v. American Standard, Inc., et al.
VAE 2 09-9536    Franklin R. Payne v. American Standard, Inc., et al.
VAE 2 09-9537    William H. Monroe, Jr. v. American Standard, Inc., et al.
~~VAE 2 09-9538~~    ~~William H. Monroe, Jr., etc. (Linwood R. Johnson) v. Garlock Sealing Technologies, LLC, et al.~~ **Opposed 6/30/09**
VAE 2 09-9539    Carlos M. Bays v. American Standard, Inc., et al.
VAE 2 09-9540    Wayne Willis v. American Standard, Inc., et al.
VAE 2 09-9541    John H. Ankoviak v. American Standard, Inc., et al.
VAE 2 09-9542    George Bierzynski v. American Standard, Inc., et al.
VAE 2 09-9543    Richard H. Chattin v. American Standard, Inc., et al.
VAE 2 09-9544    Sherman A. Fields, Jr. v. American Standard, Inc., et al.
VAE 2 09-9545    Bobby N. Holland v. American Standard, Inc., et al.
VAE 2 09-9546    Alf G. Hustoft v. American Standard, Inc., et al.
VAE 2 09-9547    Francis R. Jenkins, Sr. v. American Standard, Inc., et al.
VAE 2 09-9548    Ray Lathrop v. American Standard, Inc., et al.