|||
|---|---|
| A CERTIFIED TRUE COPY<br>ATTEST<br>By Jakela Mells on Jul 02, 2009<br>FOR THE UNITED STATES<br>JUDICIAL PANEL ON<br>MULTI-DISTRICT LITIGATION | UNITED STATES<br>JUDICIAL PANEL ON<br>MULTIDISTRICT LITIGATION<br><br>**Jun 16, 2009**<br><br>FILED<br>CLERK'S OFFICE |

**UNITED STATES JUDICIAL PANEL**
**on**
**MULTIDISTRICT LITIGATION**

**IN RE: ASBESTOS PRODUCTS LIABILITY**
**LITIGATION (NO. VI)**

MDL No. 875

C 09-2282 SI

(SEE ATTACHED SCHEDULE)

FILED

**CONDITIONAL TRANSFER ORDER (CTO-323)**   SEP - 8 2009

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

On July 29, 1991, the Panel transferred 21,937 civil actions to the United States District Court for the Eastern District of Pennsylvania for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. *See* 771 F.Supp. 415 (J.P.M.L. 1991). Since that time, 84,648 additional actions have been transferred to the Eastern District of Pennsylvania. With the consent of that court, all such actions have been assigned to the Honorable Eduardo C. Robreno.

It appears that the actions on this conditional transfer order involve questions of fact that are common to the actions previously transferred to the Eastern District of Pennsylvania and assigned to Judge Robreno.

Pursuant to Rule 7.4 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F.R.D. 425, 435-36 (2001), these actions are transferred under 28 U.S.C. § 1407 to the Eastern District of Pennsylvania for the reasons stated in the order of July 29, 1991, and, with the consent of that court, assigned to the Honorable Eduardo C. Robreno.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the Eastern District of Pennsylvania. The transmittal of this order to said Clerk shall be stayed 15 days from the entry thereof. If any party files a notice of opposition with the Clerk of the Panel within this 15-day period, the stay will be continued until further order of the Panel.

| | |
|---|---|
| Inasmuch as no objection is pending at this time, the stay is lifted.<br><br>**Jul 02, 2009**<br><br>CLERK'S OFFICE<br>UNITED STATES<br>JUDICIAL PANEL ON<br>MULTIDISTRICT LITIGATION | FOR THE PANEL:<br><br>Jeffery N. Lüthi<br>Clerk of the Panel |

A TRUE COPY CERTIFIED TO FROM THE RECORD
DATED: 8/28/09
ATTEST:
DEPUTY CLERK, UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

IN RE: ASBESTOS PRODUCTS LIABILITY
LITIGATION (NO. VI)                                             MDL No. 875

SCHEDULE CTO-323 - TAG-ALONG ACTIONS

| DIST. | DIV. | C.A. # | CASE CAPTION |
|---|---|---|---|
| **CALIFORNIA NORTHERN** | | | |
| ~~CAN~~ | ~~3~~ | ~~09-2187~~ | ~~Thomas Hixson v. Allis-Chalmers Corp. Product Liability Trust, et al.~~ **Opposed 6/30/09** |
| ~~CAN~~ | ~~3~~ | ~~09-2189~~ | ~~Patrick Farley v. Associated Insulation of California, et al.~~ **Opposed 6/30/09** |
| CAN | 3 | 09-2244 | Henry Salm v. Foster Wheeler, LLC |
| CAN | 3 | 09-2245 | Ruben Valdez v. General Electric Co. |
| CAN | 3 | 09-2246 | William Cooper v. General Electric Co., et al. |
| CAN | 3 | 09-2248 | Miramon Anaya v. General Electric Co., et al. |
| CAN | 3 | 09-2282 | John McCollister v. General Electric Co., et al. |
| CAN | 3 | 09-2285 | Eldon Marlow v. Northrop Grumman Corp., et al. |
| CAN | 3 | 09-2336 | Kenneth W. Johnson v. Foster Wheeler, LLC |
| ~~CAN~~ | ~~3~~ | ~~09-2363~~ | ~~William Dennis, et al. v. Allis-Chalmers Corp. Product Liability Trust, et al.~~ **Vacated 7/1/09** |
| CAN | 3 | 09-2424 | Patricia Pistilli, et al. v. McDonnell Douglas Corp., et al. |
| CAN | 3 | 09-2433 | Vernice Bryant, et al. v. General Electric Co., et al. |
| CAN | 4 | 09-2335 | James Connolly v. General Electric Co., et al. |
| **CONNECTICUT** | | | |
| CT | 3 | 09-373 | Jayne DeMarco, et al. v. Buffalo Pumps, Inc., et al. |
| **MICHIGAN EASTERN** | | | |
| MIE | 2 | 09-12293 | Larry E. Miller, et al. v. Ford Motor Co. |
| **NORTH CAROLINA MIDDLE** | | | |
| NCM | 1 | 08-735 | Bryan D. Pritchard, et al. v. Aqua-Chem, Inc., et al. |
| **NORTH CAROLINA WESTERN** | | | |
| NCW | 1 | 09-185 | Tommy Junior Spearman, et al. v. Aqua-Chem, Inc., et al. |
| NCW | 1 | 09-186 | Johnny Bryant Ferrell, Sr., et al. v. Aqua-Chem, Inc., et al. |
| NCW | 1 | 09-191 | Harold Dan Honeycutt, et al. v. Aqua-Chem, Inc., et al. |
| NCW | 1 | 09-192 | David Hargett, et al. v. Aqua-Chem, Inc., et al. |
| NCW | 1 | 09-195 | Marvin Eugene Griffin, Sr., et al. v. Alfa Laval, Inc., et al. |
| NCW | 1 | 09-204 | Reza Djali, et al. v. Aqua-Chem, Inc., et al. |
| NCW | 1 | 09-207 | Michael Wayne Wilson, et al. v. Aqua-Chem, Inc., et al. |
| NCW | 1 | 09-208 | Marion Wayne Sexton v. Aqua-Chem, Inc., et al. |

## MDL No. 875 - Schedule CTO-323 Tag-Along Actions (Continued)

NEW HAMPSHIRE
  NH  1  09-194          Kenneth Wentworth, et al. v. A.W. Chesterton Co., et al.
  NH  1  09-202          Ann M. Chiampa v. Trane U.S., Inc., et al.

OHIO NORTHERN
  OHN 1  09-10012      Willard E. Bartel, et al. v. A-C Product Liability Trust, et al.
  OHN 1  09-10013      Willard E. Bartel, et al. v. A-C Product Liability Trust, et al.
  OHN 1  09-10014      Willard E. Bartel, et al. v. A-C Product Liability Trust, et al.
  ~~OHN 1  09-10016~~      ~~Robert Shepherd, et al. v. Allied Signal, Inc., et al.~~
                                 **Opposed 7/1/09**

SOUTH CAROLINA
  SC  0  09-1371         Martin Leslie Smith, Jr. et al. v. Aqua-Chem, Inc., et al.
  SC  0  09-1512         Howard Durant Rhyne, et al. v. Aqua-Chem, Inc., et al.
  SC  7  09-1451         Melvin Haroldean Mullinax, et al. v. Aqua-Chem, Inc., et al.
  SC  8  09-1262         Fredrick Eckel Gregg v. Aqua-Chem, Inc., et al.
  SC  8  09-1265         David Brian Adams v. Aqua-Chem, Inc., et al.
  SC  8  09-1389         Timothy Waynel LeCroy, et al. v. Aqua-Chem, Inc., et al.
  SC  8  09-1450         John Stephen Williams v. Aqua-Chem, Inc., et al.

VIRGINIA EASTERN
  VAE 2  09-9535        George W. Mcmullen v. American Standard, Inc., et al.
  VAE 2  09-9536        Franklin R. Payne v. American Standard, Inc., et al.
  VAE 2  09-9537        William H. Monroe, Jr. v. American Standard, Inc., et al.
  ~~VAE 2  09-9538~~        ~~William H. Monroe, Jr., etc. (Linwood R. Johnson) v. Garlock~~
                                ~~Sealing Technologies, LLC, et al.~~ **Opposed 6/30/09**
  VAE 2  09-9539        Carlos M. Bays v. American Standard, Inc., et al.
  VAE 2  09-9540        Wayne Willis v. American Standard, Inc., et al.
  VAE 2  09-9541        John H. Ankoviak v. American Standard, Inc., et al.
  VAE 2  09-9542        George Bierzynski v. American Standard, Inc., et al.
  VAE 2  09-9543        Richard H. Chattin v. American Standard, Inc., et al.
  VAE 2  09-9544        Sherman A. Fields, Jr. v. American Standard, Inc., et al.
  VAE 2  09-9545        Bobby N. Holland v. American Standard, Inc., et al.
  VAE 2  09-9546        Alf G. Hustoft v. American Standard, Inc., et al.
  VAE 2  09-9547        Francis R. Jenkins, Sr. v. American Standard, Inc., et al.
  VAE 2  09-9548        Ray Lathrop v. American Standard, Inc., et al.