IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

JOHN MCCOLLISTER,

    Plaintiff,

v.

GENERAL ELECTRIC COMPANY, et al.,

    Defendants.

_____/

No. C 09-02282 JSW

**ORDER**

On July 5, 2012, this case was remanded from MDL-875. It is HEREBY ORDERED that the parties shall submit a joint status report to the Court by no later than September 28, 2012, advising the Court of the status of this litigation and how they intended to proceed in this Court.

**IT IS SO ORDERED.**

Dated: September 5, 2012

                                            JEFFREY S. WHITE
                                            UNITED STATES DISTRICT JUDGE